| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U S C. app §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Melancon, Tucker L. | 2. Court or Organization<br><br>USDC for W District of LA | 3. Date of Report<br><br>07/17/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)<br><br>Article III Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>800 Lafayette Street<br>Suite 4700<br>Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 ███ Trust |
| 2. Board Member | National Coalition for Cancer Survivorship |
| 3 | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Melancon, Tucker L**

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 07/17/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse, see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2008 | New York Life Insurance Co, Annuity | $26,330.00 |
| 2 | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Self-employed/Sculptor |
| 2. | |
| 3 | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1 National Coalition for Cancer Survivorship | 3/12/08 | Washington DC | Board of DirectorsMeeting | Airfare, lodging,, meals, and taxi fares |
| 2. National Coalition for Cancer Survivorship | 5/19/08 | Washington DC | Board of DirectorsMeeting | Airfare, meals, amtrak fare, taxi fares, and parking |
| 3 National Coalition for Cancer Survivorship | 8/28/08 | Washington DC | Board of DirectorsMeeting | Airfare, amtrak fare, taxi fares, meals, and lodging |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 07/17/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3 | | | |
| 4 | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | J P Morgan Chase Bank | Line of Credit | J |
| 2. | | | |
| 3 | | | |
| 4. | | | |
| 5 | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 07/17/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g.,<br>div , rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Common Stock Southeast Central LA Premium Finance Co | | None | J | W | | | | | |
| 2. Common Stock Life Insurance Co of Alabama | A | Dividend | J | T | | | | | |
| 3. Life ENH Systems Inc | | None | | | Closed | 12/31 | J | | Worthless |
| 4 Working Interest - Golden #258, DeSoto Parish, LA | | None | | | Closed | 12/31 | J | | Abandoned |
| 5. Working Interest - Grayson #1 | | None | | | Closed | 12/31 | J | | Abandoned |
| 6. Working Interest - Aubrey #2, Columbia County, AR | | None | | | Closed | 12/31 | J | | Abandoned |
| 7 Working Interest - Aubrey #3 | | None | | | Closed | 12/31 | J | | Abandoned |
| 8. Working Interest - Aubrey #4 | | None | | | Closed | 12/31 | J | | Abandoned |
| 9. Working Interest - Aubrey #5 | | None | | | Closed | 12/31 | J | | Abandoned |
| 10. Working Interest - Aubrey #6 | | None | | | Closed | 12/31 | J | | Abandoned |
| 11. Working Interest - Kendrick #1 | | None | | | Closed | 12/31 | J | | Abandoned |
| 12. Working Interest - JR Rushing #1 | | None | J | W | | | | | |
| 13. Working Interest - Brashing #1 | | None | J | W | | | | | |
| 14. Working Interest - Ark-LA-Tex | A | Distribution | J | W | | | | | |
| 15. Working Interest - Pollock #1 | | None | | | Closed | 12/31 | J | | Abandoned |
| 16. Royalty Int - Strat Land, DeSoto Parish, LA | | None | | | Closed | 12/31 | J | | Abandoned |
| 17. Royalty Int - Silver Pines, DeSoto Parish, LA | A | Royalty | J | W | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 07/17/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children, see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Royalty Int - Jeems Bayou, DeSoto Parish, LA | | None | | | Closed | 12/31 | J | | Abandoned |
| 19. Royalty Int - Grisby Petroleum, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 20. Royalty Int - Berry Petroleum, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 21. Royalty Int - Silver Oak, DeSoto Parish, LA | C | Royalty | J | W | | | | | |
| 22. AG Edwards IRA Acct (TLM) | | | | | | | | | |
| 23. -Centennial Money Mkt (IRA) | | | | | Transferred (to line 27) | 10/07 | | | |
| 24. -International Business Machines Inc Common Stock (IRA) | | | | | Transferred (to line 29) | 10/07 | | | |
| 25. -Cisco Systems Inc (IRA) | | | | | Transferred (to line 28) | 10/07 | | | |
| 26. Chase Acct IRA (TLM) : | | | | | | | | | |
| 27. -JP Morgan Liquid Assets | D | Int./Div. | L | T | Transferred (from line 23) | 10/07 | | | |
| 28. -Cisco Systems | | None | J | T | Transferred (from line 25) | 10/07 | | | |
| 29. -Int'l Business Machines | | None | K | T | Spinoff (from line 24) | 10/07 | | | |
| 30. -Worldsource Inc | | None | J | T | Buy | 10/07 | J | | |
| 31 State Street Bank IRA Acct (TLM): | | | | | | | | | |
| 32. -Janus Money Mkt Fund (IRA) | | | | | Transferred (to line 27) | 10/07 | | | |
| 33. Chase Acct ███ : | | | | | | | | | |
| 34 -WGL Holdings Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 07/17/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g.,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -JP Morgan Liquid Asset MMKT | A | Int./Div | K | T | | | | | |
| 36 -Janus Research Fund | A | Int./Div | J | T | Transferred<br>(from line 47) | 10/07 | J | | |
| 37 -Janus Enterprise Fund | A | Int./Div | J | T | Transferred<br>(from line 48) | 10/07 | J | | |
| 38 -Janus Global Life Science | A | Int./Div. | J | T | Transferred<br>(from line 49) | 10/07 | J | | |
| 39. -Janus Global Technology Fund | A | Int /Div. | J | T | Transferred<br>(from line 50) | 10/07 | J | | |
| 40. Chase Retirement Acct ████ | | | | | | | | | |
| 41 -Chase SEP/IRA Money Market (SEP) | A | Int./Div. | K | T | | | | | |
| 42. -Janus Enterprise Fund (IRA) | A | Int /Div. | J | T | Transferred<br>(from line 52) | 10/07 | J | | |
| 43. -Janus Contrarian Life (IRA) | A | Int /Div. | J | T | Transferred<br>(from line 53) | 10/07 | J | | |
| 44. -Janus Global Life Science (IRA) | A | Int./Div. | J | T | Transferred<br>(from line 54) | 10/07 | J | | |
| 45. -Janus Global Technology Fund (IRA) | A | Int./Div. | J | T | Transferred<br>(from line 55) | 10/07 | J | | |
| 46. Whole Life - Trust #1 | | None | K | T | | | | | |
| 47. Chase Account ████ TLM): | | | | | | | | | |
| 48. -Chase Premier Savings | A | Interest | J | T | | | | | |
| 49. -Chase CD | A | Interest | | | Transferred<br>(to line 52) | 11/15 | | | |
| 50. -Chase CD | A | Interest | | | Transferred<br>(to line 51) | 11/15 | | | |
| 51. Capital One Savings ████ TLM) | B | Interest | L | T | Transferred<br>(from line 50) | 11/15 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 07/17/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GMAC Bank Savings████TLM) | A | Interest | K | T | Transferred (from line 49) | 11/15 | | | |
| 53. Janus Investments ████: | | | | | | | | | |
| 54 -Janus Research Fund | | | | | Transferred (to line 31) | 10/07 | J | | |
| 55 -Janus Enterprise Fund | | | | | Transferred (to line 32) | 10/07 | J | | |
| 56 -Janus Global Life Science | | | | | Transferred (to line 33) | 10/07 | J | | |
| 57. -Janus Global Technology Fund | | | | | Transferred (to line 34) | 10/07 | J | | |
| 58. Janus Retirement Fund ████. | | | | | | | | | |
| 59 -Janus Enterprise Fund (IRA) | | | | | Transferred (to line 37) | 10/07 | J | | |
| 60 -Janus Contrarian Fund (IRA) | | | | | Transferred (to line 38) | 10/07 | J | | |
| 61. -Janus Global Life Sciences Fund (IRA) | | | | | Transferred (to line 39) | 10/07 | J | | |
| 62. -Janus Global Technology Fund (IRA) | | | | | Transferred (to line 40) | 10/07 | J | | |
| 63. JW Porter & Associates - Lease Bonus | F | Rent | J | W | | | | | See Note 1 in Part VIII |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 07/17/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Note 1 - Part VII - Line 63

This investment income was a one time receipt of a lease bonus. There is no value placed on the lease bonus and no asset was purchased or acquired.

Note 2 - Part VII
Lines 22, 26, 31, 33, 40, 47, 53, 58, 63

These lines are all header lines - No value or income items to be reported on these lines

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544